IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02724-LTB

PATRICK L. BRENNER,

    Plaintiff,

v.

JOHN HICKENLOOPER, doing business as Governor,
GOVERNORS OFFICE FOR THE STATE OF COLORADO,
EX DISTRICT COURT JUDGE CHARLES BUSS,
DISTRICT COURT JUDGE BRIAN FLYNN,
DISTRICT ATTORNEY PETER HAUTZINGER,
EX DISTICT [sic] ATTORNEY STEPHEN ERKENBRACK,
EX DEPUTY DISTRICT ATTORNEY RANDY BROWN, and
ATTORNEY THOMAS LACROIX,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 26, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 26 day of November, 2012.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ S. Grimm
                                Deputy Clerk